**Order entered August 5, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00403-CV

### COLE & COLE, P.C. AND ROBERT COLE, JR., Appellants

### V.

### SEAN DYAR, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-04261**

## ORDER

Based on the Court's opinion of this date, we **DENY** appellants' motion to consolidate appellate cause number 05-19-00253-CV and this appeal.

/s/     KEN MOLBERG
        JUSTICE